UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

In re

URBAN COMMONS 2 WEST LLC, *et al.*,

            Debtors,

23-cv-4104 (LAK)

------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court is in receipt of the parties' February 20, 2024 letter (Dkt 19) requesting that it defer consideration of the Appeal pending ongoing settlement negotiations. Given the parties' representation that they were engaged in good faith negotiations, the Court has done so.

        More than thirty days now have passed. Accordingly, the Court directs the parties to file a joint letter by April 8, 2024 providing an update on the status of settlement discussions and proposing next steps for the Court to consider.

        SO ORDERED.

Dated:     April 4, 2024

                                                        Lewis A. Kaplan
                                               United States District Judge