

**KLESTADT
WINTERS
JURELLER
SOUTHARD &
STEVENS, LLP**

200 WEST 41ST STREET
17TH FLOOR
NEW YORK, NY 10036-7203
TELEPHONE (212) 972-3000
TELEFAX (212) 972-2245
WWW.KLESTADT.COM

KATHLEEN AIELLO
DIRECT: (646) 998-7530
EMAIL: KAIELLO@KLESTADT.COM

June 10, 2024

MEMO ENDORSED

**VIA ECF FILING**
The Honorable Lewis A. Kaplan
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE:** *Residential and Condominium Board of Managers of the Millennium Point Condominium, Appellants v. Battery Park City Authority, Appellee (Civil Action No. 23-cv-4104-LAK);* **(In re Urban Commons 2 West LLC, et al., Debtors[1] (Case No. 22-11509 (PB)) (Jointly Administered) –
Parties' Joint Request to Adjourn June 13, 2024 Status Conference**

Dear Judge Kaplan:

Our firm, together with Hiller, PC, is co-counsel to the Residential Board of Managers of the Millennium Point Condominium ("Residential Board") and the Condominium Board of Managers of the Millennium Point Condominium ("Condominium Board" and together with the Residential Board, the "Appellants"), the appellants in the above-referenced appeal of the *Order Denying the Motion of the Residential Board, Commercial Board and Condominium Board of Managers of the Millennium Point Condominium Seeking Judicial Review by the Bankruptcy Court of the Appraisal Determining the Fair Market Value of the Demised Premises* ("Appraisal Order"), entered on April 24, 2023 by the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court") as ECF No. 232 in the Chapter 11 proceedings of Urban Commons 2 West LLC, *et al.* (collectively, "Debtors).

The Appellants and the Battery Park City Authority ("BPCA" or the "Appellee") (together with the Appellants, the "Parties") jointly submit this letter to the Court requesting an adjournment of the June 13, 2024, status conference requested by the Court by email, dated April 15, 2024 (the "Status Conference"). The Parties are actively engaged in negotiations regarding the subject matter of this dispute, which would obviate the need for the Court to rule on the pending appeal.

Therefore, the Parties respectfully request that the Court adjourn the Status Conference for a date in mid-late August so that the Parties can seek to reduce or eliminate any outstanding issues

---

[1] Jointly administered with Urban Commons 2 West II LLC (Tax ID: **-***7987), Urban Commons 2 West III LLC (Tax ID: **-***3270), Urban Commons 2 West IV LLC (Tax ID: **-***8418), and Urban Commons 2 West Operating Tenant LLC (Tax ID: **-***0849).

*Joint Letter Requesting Adjournment of June 13, 2024 Status Conference*
June 10, 2024

regarding the Appeal. The Parties believe they will be in a better position to report to this Court on the status and issues following further settlement discussions between the Parties.

    We thank the Court for its consideration.

Respectfully submitted,

*/s/ Kathleen Aiello*

Kathleen Aiello

cc: (via ECF and e-mail)
Janice MacAvoy, Esq., Counsel to Battery Park City Authority
(Janice.MacAvoy@friedfrank.com)
Ashley Czechowski, Esq., Counsel to Battery Park City Authority
(Ashley.Czechowski@friedfrank.com)
Andrew Heymann, Esq., Residential Board President (aheymann@solblum.com)
Michael S. Hiller, Esq., Counsel to Residential Board (mhiller@hillerpc.com)
Tracy L. Klestadt, Esq., Counsel to Residential Board (tklestadt@klestadt.com)

Denied. The parties say they have been negotiating since at least February with no evidence of any real progress.

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
6/11/24