UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re

URBAN COMMONS 2 WEST LLC, *et al.*,

                Debtors,

                                    23-cv-4104 (LAK)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        The Court directs the parties to file a joint letter by September 6, 2024 at 12:00 p.m. providing an update on the status of settlement discussions.

        SO ORDERED.

Dated:       September 4, 2024

                                                      _____
                                                        Lewis A. Kaplan
                                                    United States District Judge