```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re

URBAN COMMONS 2 WEST LLC, *et al.*,

        Debtors,

23-cv-4104 (LAK)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        In the event this matter is not fully and finally resolved on or before November 21, 2024, the Court on that date will take the appeal on submission and decide it in due course. The Court will not entertain oral argument.

        SO ORDERED.

Dated:      November 15, 2024

                                                     Lewis A. Kaplan
                                          United States District Judge