UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

In re:

URBAN COMMONS 2 WEST LLC, et al.,

                Debtor.

------------------------------------------------------------------X

Residential Board of Managers and Condominium
Board of Managers of the Millennium Point
Condominium,

                Appellants,                23 **CIVIL** 4104 (LAK)

   -against-                                    **JUDGMENT**

Battery Park City Authority d/b/a Hugh L. Carey
Battery Park City Authority,

                Appellee.

------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 25, 2024, the Appellants hereby withdrawn the above-captioned Appeal.

**Dated:** New York, New York
        November 26, 2024

                                                  **DANIEL ORTIZ**
                                             **Acting Clerk of Court**
                            **BY:**     *K. Mango*
                                                     **Deputy Clerk**